UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SIERRA SUMMIT, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>HUMPHREYS & PARTNERS<br>ARCHITECTS, NEVADA, LLC,<br><br>　　　　　　　　Defendant. | Case No. 3:25-CV-00511-MMD-CLB<br><br>**ORDER DENYING MOTION TO COMPEL AND STIPULATION TO STAY BRIEFING ON MOTION TO COMPEL**<br><br>[ECF Nos. 41, 43] |

Before the Court is Plaintiff Sierra Summit's ("Sierra") Motion to Compel and the Parties' Stipulation to Stay Briefing on that motion. (ECF Nos. 41, 43.) For the reasons discussed below, both are denied.

This case began in Las Vegas but was transferred to Reno. (ECF Nos. 32, 33.) Upon being assigned to the case, the Court had not yet issued its standing order setting forth the proper procedures for handling discovery disputes. Thereafter, Sierra filed the instant motion to compel, (ECF No. 41), and the following day, the Court issued its standing order, (ECF No. 42). The Parties then filed the instant stipulation acknowledging Sierra's motion to compel did not comport with the Court's standing order. (ECF No. 43.) In the stipulation, Sierra stated they would file a proper motion for discovery dispute, and the Parties agreed to stay briefing on the motion to compel until the motion for discovery dispute was resolved. (*Id.*)

The Court appreciates the parties working together and pivoting on such short notice to comply with the standing order. However, rather than staying the briefing for the motion to compel, the Court will deny the motion compel in light of the forthcoming motion for discovery dispute and denies the parties' stipulation as moot.

**IT IS THEREFORE ORDERED** that Sierra's Motion to Compel, (ECF No. 41), is **DENIED**.

///

1     **IT IS FURTHER ORDERED** that the Parties' Stipulation to Stay Briefing on the Motion to Compel, (ECF No. 43), is **DENIED** as moot.

DATED: December 31, 2025

_____
UNITED STATES MAGISTRATE JUDGE